IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03332-RBJ

PHEASANT CREEK HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

SUZANNE M. HANSON, individually
FULL SPECTRUM LENDING, INC., a merged out California Corporation
COUNTRYWIDE HOME LOANS, INC. a corporation
THE BANK OF NEW YORK MELLON f/k/a Bank of New York as Trustee for the Certificate Holders, CWABS, Inc. Asset-Backed Certificates Series 2004-12
BANK OF AMERICA, N.A.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a corporation as nominee for Full Spectrum Lending, Inc.
MARGARET T. CHAPMAN, as Public Trustee of Jefferson County, Colorado;
CAPITAL ONE BANK (USA), N.A.
UNITED STATES OF AMERICA, a/k/a Department of Treasury - Internal Revenue Service,

    Defendants.

## ORDER RELEASING LIS PENDENS

**THIS MATTER** comes before this Court pursuant to Rule 105(f)(2), F.R.C.P., and upon the Motion for Order Releasing Lis Pendens filed by Plaintiff Pheasant Creek Homeowners Association, Inc.

**THE COURT FINDS:**

1. On or about November 15, 2011, Plaintiff recorded a notice of lis pendens at Reception No. 2011103665 in the real estate records in the Office of the Clerk and Recorder of Jefferson County, Colorado (the "Lis Pendens").

1

2. The Lis Pendens stated that this action affects the title to the following real property located in Jefferson County, Colorado (the "Property"):

> LOT 44, BLOCK 1, PHEASANT CREEK AT THE BEAR SUBDIVISION FILING NO. 1, COUNTY OF JEFFERSON, STATE OF COLORADO.
> also known as:
> 10188 West Dartmouth Avenue
> Lakewood, Colorado 80227
> County of Jefferson, State of Colorado

3. The Parties have reached an agreement as to the disposition of the Property, and the Parties have specifically agreed that any judgment entered in this action will not affect the Property.

4. There is no reason to delay entry of this Order.

**THEREFORE, IT IS HEREBY ORDERED:**

A. That the title to the Property will not be affected by judgment on the issues still pending in this action;

B. That the Lis Pendens is no longer in effect with respect to the Property; and

C. That this Order is a final judgment as required by Rule 54(b), C.R.C.P., as to the matters set forth therein, which shall be separate and distinct from the issues remaining undecided in this action, and which is appealable as a separate judgment from and after date of entry

DATED: This 6th day of September, 2012.

BY THE COURT:

_____
United States Judge