IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03332-RBJ

PHEASANT CREEK HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

SUZANNE M. HANSON, individually
FULL SPECTRUM LENDING, INC., a merged out California Corporation
COUNTRYWIDE HOME LOANS, INC. a corporation
THE BANK OF NEW YORK MELLON f/k/a Bank of New York as Trustee for the Certificate Holders, CWABS, Inc. Asset-Backed Certificates Series 2004-12
BANK OF AMERICA, N.A.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a corporation as nominee for Full Spectrum Lending, Inc.
MARGARET T. CHAPMAN, as Public Trustee of Jefferson County, Colorado
CAPITAL ONE BANK (USA), N.A.
UNITED STATES OF AMERICA, a/k/a Department of Treasury - Internal Revenue Service,

    Defendants.

---

**ORDER RE: APPLICATION FOR DEFAULT JUDGMENT BY COURT
(AGAINST SUZANNE M. HANSON, <u>ONLY</u>)**

---

    THE COURT FINDS:

    1.    A request for entry of clerk's default for failure to respond or appear was filed herein as Document 34 on May 24, 2012. That request was granted on May 25, 2012.

    2.    The declaration of Plaintiff's Counsel, Douglas A. Turner, filed herewith, establishes proof: (a) of a sum due and owing to Plaintiff Pheasant Creek by said Defendant Hanson; (b) that Defendant Hanson has not appeared in this action; (c) that Plaintiff is entitled to

judgment against Defendant Hanson on account of the claims pleaded in the Amended Complaint; and, (d) that Defendant Hanson is not in military service and is neither a minor nor an incompetent person.

    3.    Defendant Hanson owes Plaintiff **$17,445.88**:

a. Damages: For unpaid assessments, allowed charges and late fees for the subject property, $10,683.90;

b. Attorney fees and costs appearing on HOA ledger: $12,826.13;

c. Attorney fees and costs charged but not appearing on HOA ledger: $1,400.75;

d. Less payments received: $7,464.90.

**IT IS THEREFORE ORDERED** that a default judgment is hereby entered against Defendant Suzanne M. Hanson pursuant to F.R.C.P. 55(b)(1) in the amount of **$17,445.88**.

Dated this 30th day of November, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

United States Judge